■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. WILLIAM HENDERSON WOOLVERTON, Admitted October 27, 1980, at a Term of the Appellate Division, First Department. [786 NYS2d 915]—Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J.P., Mazzarelli, Saxe, Ellerin and Williams, JJ. [*See* 257 AD2d 127 (1999).]

■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. GARY RUFUS ROTENBERG, Admitted October 13, 1976, at a Term of the Appellate Division, Second Department. [786 NYS2d 914]—Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J.P., Mazzarelli, Saxe, Ellerin and Williams, JJ. [*See* 257 AD2d 127 (1999).]